IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITY HEALTH PLANS INSURANCE CORPORATION,

                Plaintiff,                ORDER

v.

                                                        13-cv-845-wmc

IOWA HEALTH SYSTEM d/b/a
UNITYPOINT HEALTH,

                Defendant.

---

      A telephonic status conference was held today in the above-captioned matter with plaintiff Unity Health Plan Insurance Corporation appearing by attorneys John Scheller, Michelle Dama and Albert Bianchi, Jr., as well as corporation counsel David Diercks; defendant Iowa Health System d/b/a UnityPoint Health appearing by Christine Lebron-Dykeman and corporation counsel Dennis Drake. The court set the following schedule with respect to plaintiff's pending motion for preliminary injunction:

- Reasonable paper discovery requests shall be exchanged by the parties on or before January 2, 2014.

- A stipulated protective order, including a proffer as to the need for any confidentiality provisions, shall be filed by the parties on or before January 5, 2014. In the absence of a stipulated order, each side shall file their last-offered version of that order with an explanation of the need for any disputed provision or language.

- Reasonable written responses to paper discovery requests shall be exchanged on or before January 10, 2014, including electronic or physical production of the underlying

responsive documents to be completed by 5:00 pm that day, unless otherwise stipulated by the parties.

- Depositions shall commence during the week of January 13, 2014, including but not limited to production by both sides of all affiants.

- Response to the motion for preliminary injunction shall be served and filed by defendants on or before January 20, 2014. No reply shall be filed without prior consent of the court.

- Depositions may continue during the week of January 20th, including but not limited to production by defendant of all new affiants.

- A hearing on the motion for preliminary injunction will be held at 9:00 a.m. on Monday, January 27, 2014.

The court expects the parties to work closely to make this expedited discovery schedule work, but will be available on short notice to settle any disputes that may arise.

Entered this 30th day of December, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge